UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-CV-02544-CMA-MEH

LEANNA COX

      Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

      Defendant.

## DEFENDANT THE LINCOLN NATIONAL
## INSURANCE COMPANY'S BILL OF COSTS

Now comes Defendant, The Lincoln National Life Insurance Company ("Lincoln"), by and through counsel, and pursuant to this Court's Order date August 8, 2012, submits the following Bill of Costs:

    1.  Filing fee of $350.00, paid on October 19, 2010, for removal from the Denver County District Court.  (See Receipt, attached hereto)

Respectfully submitted,

*/s/ Todd A. Brenner*
Todd A. Brenner
***Brenner Hubble***
555 Metro Place North
Suite 225
Dublin, Ohio 43017
Phone  614.799.2222
Fax     614.799.2370
*todd@tbrennerlaw.com*

1

and

/s/ James Baird
James Baird (0032554)
Lookout Mountain Legal LLC
722 Washington Avenue
No. 203
Golden, Colorado 80401
Phone  720.497.8300
Fax     720.294.1307
*james@lookoutmountainlegal.com*
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012 a true copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties listed below through by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/ Todd A. Brenner
*Attorney for Defendant*


Alan Barton
1077 Race Street
Suite 701
Denver, Colorado 80202

2